WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Finepoint Innovations, Inc.,<br><br>                   Plaintiff,<br><br>v.<br><br>A.T. Cross Company,<br><br>                   Defendant. | NO. CIV-04-1318-PHX-SMM<br><br>**ORDER** |

Upon stipulation of the parties (dkt. 61), dated September 7, 2006, and for good cause shown,

**IT IS HEREBY ORDERED** that the deadline for Defendant/Counterclaimant A.T. Cross Company to file its Reply in Support of its Motion for Judgment on the Pleadings, previously set for September 8, 2006, is extended until Friday, September 22, 2006.  (Dkt. 61.)

DATED this 11th day of September, 2006.

Stephen M. McNamee
United States District Judge