WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Finepoint Innovations, Inc.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>A.T. Cross Company,<br><br>　　　　　　　Defendant. | NO. CIV-04-1318-PHX-SMM<br><br>**ORDER** |

Having received the parties' Stipulation to Dismiss all claims and all counterclaims With Prejudice (dkt. 70), filed with this Court on January 5, 2007, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation to Dismiss all claims and all counterclaims With Prejudice is **GRANTED**.  (Dkt. 70.)

**IT IS FURTHER ORDERED** that this matter be **DISMISSED WITH PREJUDICE**, without awarding costs or attorneys' fees to any party.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference currently scheduled for April 11, 2007 at 4:00 p.m. is **VACATED**.

DATED this 8th day of January, 2007.

Stephen M. McNamee
United States District Judge